## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OCTAVIA MURPHY, et al. )<br>)<br>)<br>Defendants. )<br>) | Cause No. 25-CR-2008<br><br>Title 18, United States Code<br>Sections 1343, 1349,<br>1956(a)(1)(B)(i), & 2. |

### ENTRY OF APPEARANCE

COMES NOW, Thayer L. Weaver, Jr. and the law firm of TLW & Associates, LLC, and hereby enters his appearance on behalf of Defendant Nicholas Nickerson on the above referenced matter.

Respectfully submitted,
TLW & Associates, LLC

Thayer L. Weaver, Jr. A.R.D.C. 6244911
3216 Locust Street
St. Louis, MO 63103
Phone: (314) 531-4747
Fax: (314) 531-4749
**Attorney for Nicholas Nickerson**

### CERTIFICATE OF SERVICE

Signature above is also certification that a true and correct copy of the above and foregoing document has been delivered on this 28th day of February, 2025, via PACER to: United States District Court, Central District of Illinois, Urbana Division, Attn: Gregory M. Gilmore, U.S. Attorney, 218 U.S. Courthouse, 201 S. Vine Street, Urbana, IL 61802.